■ In the Matter of the Claim of ALBERT L. SLATER, Respondent, v EASTMAN KODAK COMPANY, Appellant. WORKERS' COMPENSATION BOARD, Respondent.—Appeal from a decision of the Workers' Compensation Board, filed June 29, 1979, which affirmed an award of compensation at the rate of $78.43 reduced earnings established for the period December 18, 1973 to October 5, 1976, with such payment to continue thereafter, based upon a finding that claimant has a 50% earning capacity resulting from a permanent partial disability causally related to industrial injuries to his back. The board majority found that "based on the entire record, particularly the testimony of Dr. Keller and the C-71 dated December 9, 1975 by Dr. Della Porta, claimant has a causally related permanent partial disability and the award was proper." There is substantial evidence to sustain the determination of the board. Conflicting medical evidence merely raises a factual issue, the resolution of which is solely for the board *(Matter of Haar v Straus-Duparquet, Inc.,* 29 AD2d 726). Decision affirmed, with costs to the Workers' Compensation Board against the employer. Mahoney, P. J., Greenblott, Main and Mikoll, JJ., concur; Staley, Jr., J., not taking part.

■ In the Matter of the Claim of GERALD H. BASS, Appellant. PHILIP Ross, as Industrial Commissioner, Respondent.—Appeal from a decision of the Unemployment Insurance Appeal Board, filed January 23, 1980, which affirmed the decision of the Administrative Law Judge, filed October 25, 1979, charging claimant with an overpayment of $2,683.75 in benefits, ruled to be recoverable. On August 14, 1980 the board rescinded the above decision upon application of the Industrial Commissioner. The appeal has, therefore, been rendered academic. Appeal dismissed, with costs to claimant. Mahoney, P. J., Greenblott, Sweeney, Main and Mikoll, JJ., concur.